**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6870**

---

ANTHONY SHANE MARTIN,

Plaintiff - Appellant,

v.

ERIN GAFFNEY; LISA YOUNG; RAY WALKER; LENOKA GAVIN; HODIYAH LEWIS; JILL CARDARON,

Defendants - Appellees,

and

WELLPATH/CORRECT CARE,

Defendant.

---

**No. 23-6875**

---

ANTHONY SHANE MARTIN,

Plaintiff - Appellant,

v.

CORRECT CARE RECOVERY SOLUTIONS; ERIN GAFFNEY, Facility Administrator; BRIAN DAVIS, Security Administrator; JARED ANDERSON, Administrator; DOCTOR DUBIE, Facility Psychologist; GINA BRISSON, Vice President,

Defendants - Appellees.

---

Appeals from the United States District Court for the District of South Carolina, at Florence.  Henry M. Herlong, Jr., Senior District Judge.  (4:22-cv-02042-HMH; 4:22-cv-02043-HMH)

---

Submitted:  June 25, 2024                                    Decided:  June 27, 2024

---

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Anthony Shane Martin, Appellant Pro Se. Daniel Quintin Atkinson, Mark Victor Gende, SWEENY, WINGATE & BARROW, PA, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

In these consolidated appeals, Anthony Martin appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Martin's 42 U.S.C. § 1983 complaints.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Martin v. Gaffney*, No. 4:22-cv-02042-HMH (D.S.C. Aug. 14, 2023); *Martin v. Correct Care Recovery Solutions*, No. 4:22-cv-02024-HMH (D.S.C. Aug. 14, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
